UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORA TORRES PEREZ, A-208-924-489,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>                    Respondent. | No.  1:26-cv-2581-DC-CKD P<br><br><br>FINDINGS & RECOMMENDATIONS |

Petitioner Teodora Torres Perez was detained by Immigrations and Customs Enforcement ("ICE") and filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] The court appointed counsel, who filed a first amended petition. (ECF No. 11.) The first amended petition and respondent's response (ECF No. 13) are before the court.

Petitioner is a citizen and native of Mexico who was ordered removed on April 8, 2026. The operative first amended petition seeks relief in the form of petitioner's release under appropriate conditions of supervision pending removal proceedings, or, in the alternative, a custody redetermination hearing where the government bears the burden of justifying continued detention by clear and convincing evidence. (ECF No. 11 at 9.)

---

[1] This case is referred to the undersigned by operation of Local Rule 302(c)(17) pursuant to 28 U.S.C. § 636.

1

A petition for writ of habeas corpus is deemed moot when it no longer involves a live case or controversy and the court cannot provide the primary relief sought in the petition. See Munoz v. Rowland, 104 F.3d 1096, 1097-98 (9th Cir. 1997). Respondent submits evidence that petitioner was released from respondent's custody on May 18, 2026, because she was removed to Mexico. (ECF No. 13-1.) Thus, respondent contends, the petition is moot because petitioner will no longer be detained unless she unlawfully reenters the United States. (ECF No. 13.) Petitioner did not file the optional reply brief within the time granted to do so and has not disputed respondent's assertion that the petition is moot. Because this case no longer involves a live case or controversy due to petitioner's removal to Mexico, the petition should be denied as moot.

For the reasons set forth above, IT IS RECOMMENDED as follows:

1. Petitioner TEODORA TORRES PEREZ's (A-208-924-489) application for a writ of habeas corpus under 28 U.S.C. § 2241 be denied as moot.

2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within seven (7) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 1, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 torr2581.mer

2